```
                 UNITED STATES BANKRUPTCY COURT
                           FOR THE
                  EASTERN DISTRICT OF KENTUCKY
                        ASHLAND DIVISION

IN RE:                              CHAPTER 7
    Cassidy L Truesdell             BANKRUPTCY NO. 11-10215-TNW
    Debtor
```

**APPEARANCE**

\* \* \* \* \* \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

```
                         MAPOTHER & MAPOTHER, P.S.C.


                    BY   /s/ Justin L. Handshoe
                         Justin L. Handshoe
                         Counsel for Creditor
                         Mapother & Mapother, P.S.C.
                         815 West Market Street
                         Suite 500
                         Louisville, KY  40202
                         (502)638-4961
```

Y7C ()/11-01505-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Michael E Plummer, Attorney at Law, 11 West 6th Street, Covington, KY  41011, debtor, Cassidy L Truesdell, PO Box 343, Tollesboro, Kentucky  41189, and to the Trustee, L. Craig Kendrick, Bldg. 300 Suite 25, 7000 Houston Road, Florence, KY 41042.

        MAPOTHER & MAPOTHER, P.S.C.


        BY:   /s/ Justin L. Handshoe
              Justin L. Handshoe
              Counsel for Creditor